IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| | | |
|---|---|---|
| KOLISCH HARTWELL, P.C., an Oregon corporation, | ) ) ) | Case No. |
| Plaintiff, | ) ) ) | **COMPLAINT** **(Breach of Contract; Action on Account; Quantum Meruit)** |
| v. | ) ) | (Claim NOT subject to mandatory arbitration) |
| SNEAKER CON LLC, a foreign LLC, SNEAKERCON INTERNATIONAL, LLC, a foreign LLC, and SC HOLDINGS 1, LLC, a foreign LLC, | ) ) ) ) ) | Fee Authority: ORS 21.160(1)(c) Amount Claimed: $101,107.52 |
| Defendants. | ) ) | |

Plaintiff Kolisch Hartwell, P.C. ("Plaintiff") alleges as follows:

### FIRST CLAIM FOR RELIEF
### (Breach of Contract)

1.

Defendants entered into an agreement with Plaintiff pursuant to which Defendants agreed to pay for legal services from Plaintiff.

2.

Despite demand, Defendants have failed to pay Plaintiff for legal services provided.

3.

Defendants, and each of them, have breached the parties' contract by failing to pay Plaintiff for legal services, and Defendants owe Plaintiff $101,107.52 (which includes prejudgment interest through April 26, 2022), plus additional interest, and costs and disbursements.

Page 1 - COMPLAINT

ELLIOTT, OSTRANDER & PRESTON, P.C.

Ex. 1 - Notice of Removal
Page 1 of 2

UNION BANK TOWER
707 SW WASHINGTON STREET, SUITE 1500
PORTLAND, OR 97205
TELEPHONE: (503) 224-7112
FACSIMILE: (503) 224-7819
EMAIL: attorneys@eoplaw.com

**SECOND CLAIM FOR RELIEF**
(Action on Account)

4.

Plaintiff realleges paragraphs 1 through 3.

5.

Defendants have failed to pay Plaintiff on its regular account with Plaintiff, and Defendants, and each of them, owe Plaintiff $101,107.52, plus interest, costs and disbursements.

**THIRD CLAIM FOR RELIEF**
(Quantum Meruit)

6.

Plaintiff realleges paragraphs 1 through 3 and 5.

7.

Defendants, and each of them, owe Plaintiff $101,107.52, plus interest, costs and disbursements pursuant to a contract implied by law for the benefit of the labor received by Defendants.

\* \* \* \*

WHEREFORE, Plaintiff requests judgment against Defendants, and each of them, for the sum of $101,107.52, plus additional prejudgment interest thereon, court costs, and such further relief as the Court finds just and proper.

DATED this 14th day of December, 2022.

ELLIOTT, OSTRANDER & PRESTON, P.C.

_____
John D. Ostrander, OSB No. 873948
Joel P. Leonard, OSB No. 960810
Of Attorneys for Plaintiff

Ex. 1 - Notice of Removal
Page 2 of 2

Page 2 - COMPLAINT

ELLIOTT, OSTRANDER & PRESTON, P.C.
UNION BANK TOWER
707 SW WASHINGTON STREET, SUITE 1500
PORTLAND, OR 97205
TELEPHONE: (503) 224-7112
FACSIMILE: (503) 224-7819
EMAIL: attorneys@eoplaw.com