UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KOLISCH HARTWELL, P.C., an Oregon corporation,<br><br>                      Plaintiff,<br><br>    v.<br><br>SNEAKER CON LLC, a foreign LLC; SNEAKERCON INTERNATIONAL, LLC, a foreign LLC; and SCH HOLDINGS 1, LLC, a foreign LLC,<br><br>                      Defendants. | Case No. 3:23-cv-00189-YY<br><br>**STIPUPLATED JUDGMENT OF DSIMISSAL WITH PREJUDICE** |

Based on the stipulation of the parties appearing below, it is hereby

    ORDERED AND ADJUDGED that this action is dismissed with prejudice and without fees or costs to any party.

    DATED this ___ day of November, 2023.

_____
U.S. DISTRICT COURT JUDGE

/ / /

/ / /

/ / /

/ / /

Page 1 –    STIPULATED JUDGMENT OF DISMISSAL

IT IS SO STIPULATED:

DATED: November 10, 2023,    MARKOWITZ HERBOLD PC

By:   /s/ Adam M. Starr
     Adam M. Starr, OSB No. 125393
     Of Attorneys for Defendants

DATED: November 10, 2023,    ELLIOTT, OSTRANDER & PRESTON, P.C.

By:   /s/ William A. Drew
     William A. Drew, OSB No. 952539
     Of Attorneys for Plaintiff