UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| KOLISCH HARTWELL, P.C., an Oregon corporation,<br><br>         Plaintiff,<br><br>    v.<br><br>SNEAKER CON LLC, a foreign LLC; SNEAKER CON INTERNATIONAL, LLC, a foreign LLC; and SC HOLDINGS 1, LLC, a foreign LLC,<br><br>         Defendants. | Case No. 3:23-cv-00189-YY<br><br>**STIPULATED JUDGMENT OF DISMISSAL WITH PREJUDICE** |

Based on the stipulation of the parties appearing below, it is hereby

ORDERED AND ADJUDGED that this action is dismissed with prejudice and without fees or costs to any party.

DATED this 13th day of November, 2023.

/s/ Youlee Yim You
Youlee Yim You
United States Magistrate Judge

/ / /

/ / /

/ / /

/ / /

Page 1 –    STIPULATED JUDGMENT OF DISMISSAL

IT IS SO STIPULATED:

DATED: November 10, 2023,    MARKOWITZ HERBOLD PC

By:   /s/ Adam M. Starr
    Adam M. Starr, OSB No. 125393
    Of Attorneys for Defendants

DATED:  November 10, 2023,    ELLIOTT, OSTRANDER & PRESTON, P.C.

By:   /s/ William A. Drew
    William A. Drew, OSB No. 952539
    Of Attorneys for Plaintiff